KIRAN S. LOPEZ (SBN 252467)
Tesla, INC.
901 Page Avenue
Fremont, California 94538
Telephone: (510) 239-1413
kirlopez@tesla.com

Attorneys for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYONNA TURNER, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>TESLA, INC., NESTOR DOE, and DOES 2 to 10, inclusive,<br><br>            Defendants. | Case No. 3:23-cv-02451<br><br>**DEFENDANT TESLA, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Alameda County Superior Court Case No. 23CV029617<br><br>*Complaint Filed: March 20, 2023* |

**COPRORATE DISCLOSURE STATEMENT**

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Tesla, Inc. submits the following statement of corporate interests and affiliations,

Tesla, Inc. is a corporation organized and formed under the laws of the State of Delaware. Tesla, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: May 19, 2023

Respectfully submitted,

TESLA, INC.

By: */s/ Kiran S. Lopez*
Kiran S. Lopez
Attorney for Defendant
TESLA, INC.

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 901 Page Avenue, Fremont, California 94538. On the date set forth below, I served the attached:

**DEFENDANT TESLA, INC.'S CORPORATE DISCLOSURE STATEMENT**

on the following interested party(s) in said cause:

| Jura A. Hartley<br>jura@hartleylawoffices.com<br>J. HARTLEY LAW APC<br>880 Apollo Street, Suite 334<br>El Segundo, CA 90245 | Rahul Sethi<br>rahulsethi@sethiworks.com<br>SETHI LAW FIRM<br>20 N. Raymond Ave., Suite 350<br>Pasadena, CA 91103 |
|---|---|

**[ X ] VIA E-MAIL OR ELECTRONIC TRANSMISSION -- CCP §§1010.6, 1013(e), 2015.5, CRC 2008:**
I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I am readily familiar with my firm's business practice of processing and transmitting documents via e-mail or electronic transmission(s) and any such documents would be transmitted in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 19, 2023, at Fremont, California.

_____
George Huggins, Jr.