JURA A. HARTLEY (SBN 242414)
*jura@hartleylawoffices.com*
J. HARTLEY LAW APC
880 Apollo Street, Suite 334
El Segundo, CA 90245
T: (323) 284-2834

RAHUL SETHI (SBN 238405)
*rahulsethi@sethiworks.com*
SETHI LAW FIRM
20 N. Raymond Ave., Suite 350
Pasadena, CA 91103
T: (310) 403-7920

Attorneys for Plaintiff, TYONNA TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYONNA TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., NESTER DOE, and DOES 2 to 10, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-02451-WHO<br><br>NOTICE OF SETTLLEMENT |

TO THE HONORABLE COURT:

    PLEASE TAKE NOTICE the Parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal by June 25, 2024.

Dated: May 12, 2024

J. HARTLEY LAW, APC
SETHI LAW FIRM

By *Rahul Sethi*
Rahul Sethi
Jura Hartley

Attorneys for Plaintiff, TYONNA TURNER